# United States Court of Appeals
## For the First Circuit

No. 11-1275

UNITED STATES OF AMERICA,

Appellee,

v.

JAMES M. CAMERON,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 14, 2012 is amended as follows:

On page 64, line 2, the phrase "Counts One, Three, Four, Five and Eleven" should be replaced with "Counts One, Three, Four, Five, Eleven and Fourteen."